1  Law Offices of Bill LaTour
2  Bill LaTour, ESQ.
   State Bar No.: 169758
3     11332 Mountain View Ave., Suite C
4     Loma Linda, California 92354
      Telephone: (909) 796-4560
5     Facsimile:  (909) 796-3402
6     E-Mail: Bill.latour@verizon.net
7
   Attorney for Plaintiff
8

      FILED
   CLERK U.S. DISTRICT COURT
     SEP 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CONNIE BATRES,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. EDCV 07- 1591 E<br><br>[~~PROPOSED~~] ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount ONE THOUSAND NINE HUNDRED DOLLARS and 00/cents ($1,900.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 9/24/08   _____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-